UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: Alan C. Lee, BPR # 012700<br>PO Box 1357<br>Talbott, TN 37877 | ) **FILED UNDER SEAL**<br>) No.: 3:20-dm-19<br>)<br>) Chief District Judge<br>) Travis R. McDonough |

## ORDER OF SUSPENSION

The Court ordered Alan C. Lee to show cause why he should not be suspended from the practice of law in this Court after failing to comply with the terms of his probation. [Doc. 5]. Attorney Lee has failed to answer or otherwise respond to the show cause order within the time required. Accordingly, Alan C. Lee is **SUSPENDED** from the practice of law in the United States District Court, Eastern District of Tennessee. The suspension shall be a matter of public record. Upon his reinstatement to the practice of law by the Tennessee Supreme Court, Attorney Lee may seek reinstatement to the practice of law in the United States District Court, Eastern District of Tennessee, pursuant to E.D. Tenn. L.R. 83.7.

**SO ORDERED.**

/s/ Travis R. McDonough
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**